UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELICITO GARCIA REYES and
CAROLINA LAURENTE REYES,

         Plaintiffs,

   v.

GMAC MORTGAGE, LLC as
servicer for DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE FOR HARBORVIEW
2005-11 and DOES 1-10,

         Defendants.

                                      /

NO. CIV. S-10-1652 LKK/JFM

O R D E R

    This case is currently scheduled for a status conference on Monday, September 20, 2010 at 1:30 p.m. Plaintiffs filed their complaint with the court on June 28, 2010. On September 16, 2010, plaintiffs submitted a declaration to the court indicating that defendant was served by first class mail at the following address: GMAC RESCAP, Legal Staff 190-FTW-L95, 1100 Virginia Drive, Fort Washington PA, 19034. Also on September 16, 2010, plaintiffs filed a status conference report with the court.

1

1  The court CONTINUES the status conference to December 6, 2010
2 at 2:00 p.m. Parties are instructed to file status reports fourteen
3 (14) days before the conference. Plaintiff shall serve a copy of
4 this order upon defendant.
5  IT IS SO ORDERED.
6  DATED: September 17, 2010.

> *[signature]*
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT