UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELICITO GARCIA REYES and
CAROLINA LAURENTE REYES,

           NO. CIV. S-10-1652 LKK/JFM

    Plaintiffs,

   v.

           O R D E R

GMAC MORTGAGE, LLC as
servicer for DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE FOR HARBORVIEW
2005-11 and DOES 1-10,

    Defendants.

                          /

    Plaintiffs in this case bring claims arising out of their mortgage. Defendant GMAC Mortgage, LLC has filed a motion to dismiss noticed for hearing on November 8, 2010. Pursuant to Local Rule 230(c), plaintiffs' opposition or statement of non-opposition was due on October 25, 2010. Plaintiffs have not filed an opposition or statement of non-opposition.

    Based on the above, the court ORDERS as follows:

////

1

1. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or dismissal of this case. See also Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel shall file a response to this order to show cause no later than November 8, 2010.
2. Hearing on defendant's motion to dismiss (Dkt. No. 15) is CONTINUED to November 22, 2010 at 10:00 a.m.
3. Plaintiff shall file and serve his opposition or statement of non-opposition on or before November 8, 2010. Defendant may file and serve a reply no later than November 15, 2010.

IT IS SO ORDERED.

DATED: October 29, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2