UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELICITO GARCIA REYES and
CAROLINA LAURENTE REYES,

        NO. CIV. S-10-1652 LKK/JFM

    Plaintiffs,

  v.

        O R D E R

GMAC MORTGAGE, LLC as
servicer for DEUTSCHE BANK
NATIONAL TRUST COMPANY AS
TRUSTEE FOR HARBORVIEW
2005-11 and DOES 1-10,

    Defendants.
_____/

    On December 3, 2010, the court sanctioned counsel for plaintiff in the amount of $150, and allowed counsel to pay the sanction in monthly increments. On December 27, 2010, counsel paid $600. Upon reflection, the court has realized that its December 3, 2010 order was ambiguous as to the amount it sanctioned counsel.

    For the foregoing reason, the court instructs the Clerk of Court to reimburse counsel for plaintiff in the amount of $450. Counsel should not make any further payments.

1

1   IT IS SO ORDERED.

2   DATED:  March 1, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT